# MONTEREY COUNTY

**OFFICE OF THE COUNTY COUNSEL**
168 WEST ALISAL STREET, 3RD FLOOR, SALINAS, CALIFORNIA 93901-2439
(831) 755-5045    FAX: (831) 755-5283

**CHARLES J. McKEE**  **Kathryn Reimann**
**COUNTY COUNSEL**  Senior Deputy County Counsel

February 21, 2013

*Via E-Filing*
The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court, Northern District

    Re:    *Raymond, Robert v. Linda Tulett, et al.*
            US District Court Case No. 3-12-cv-04485-JCS

Dear Judge Spero:

    This letter is to request a telephonic appearance for the Case Management Conference currently set for March 8, 2013 at 1:30 p.m. Ms. Reimann can be reached at (831) 755-5358.

                                            Sincerely,

                                            CHARLES J. McKEE, County Counsel

                                            */s/ Kathryn Reimann*
                                       By:  Kathryn Reimann
                                           Senior Deputy County Counsel

KR:so

---

**IT IS HEREBY ORDERED** that Ms. Reimann shall be on stand-by beginning at 1:30 p.m. and await the Court's telephone call.

Dated: 2/22/13


IT IS SO ORDERED
Judge Joseph C. Spero