# MONTEREY COUNTY

**OFFICE OF THE COUNTY COUNSEL**
168 WEST ALISAL STREET, 3ʳᴰ FLOOR, SALINAS, CALIFORNIA 93901-2439
(831) 755-5045          FAX: (831) 755-5283

| | |
|---|---|
| **CHARLES J. McKEE** | **Kathryn Reimann** |
| **COUNTY COUNSEL** | **Senior Deputy County Counsel** |

August 9, 2013

*Via E-Filing*
The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court, Northern District

      Re:    *Raymond, Robert v. Linda Tulett, et al.*
              US District Court Case No. 3-12-cv-04485-JCS

Dear Judge Spero:

      This letter is to request a telephonic appearance for the Case Management Conference currently set for August 16, 2013 at 1:30 p.m.  Ms. Reimann can be reached at (831) 755-5358.

                                          Sincerely,

                                          CHARLES J. McKEE, County Counsel

                                            */s/ Kathryn Reimann*
                                        By:  Kathryn Reimann
                                            Senior Deputy County Counsel

KR:so

---

**IT IS HEREBY ORDERED** that Ms. Reimann shall be on stand-by beginning at 1:30 p.m. and await the Court's telephone call.

Dated:  08/13/2013



IT IS SO ORDERED
Judge Joseph C. Spero